# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Liman, Lewis J. | U. S. District Court, Southern District of New York | 05/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final | 01/01/2020 <br> **to** <br> 12/31/2020 |
| | **5b.** ☐   Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Liman Foundation |
| 2. | Trustee | Supreme Court Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003-2019 | Cleary Gottlieb Steen & Hamiltion LLP - payments from former law firm for work performed prior to 2020 and return of capital |
| 2. | 2003-2019 | Cleary Gottlieb Steen & Hamilton LLP - retirement plan with former law firm; firm-managed asset selection |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Cleary Gottlieb Steen & Hamilton LLP law firm income | $4,166,298.00 |
| 2. 2020 | Columbia University teaching income | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Retirement Account 1 Fidelity Investments (H) | | | | | | | | | |
| 2. - Fidelity Investments, Investment Contracts Fund | C | Dividend | M | T | | | | | |
| 3. - Vanguard Target 2025 | | None | P1 | T | | | | | |
| 4. Investment Account 1 Charles Schwab managed by KF Advisors (H) | | | | | | | | | |
| 5. - John Hancock Global Absolute Return Fund JHAIX (Y) | | | | | | | | | |
| 6. - Loomis Sayles Bond Fund LSBDX | | None | | | Sold | 01/17/20 | N | | |
| 7. - Templeton Global Bond Fund TGBAX | | None | | | Sold | 01/17/20 | M | | |
| 8. - Vanguard Total Bond Market Fund VBTLX | | None | | | Sold | 01/17/20 | M | B | |
| 9. - Ishares Russell 2000 IWM | C | Dividend | N | T | Buy (add'l) | 01/17/20 | M | | |
| 10. | | | | | Sold (part) | 03/24/20 | M | | |
| 11. | | | | | Sold (part) | 03/25/20 | M | | |
| 12. - JH Intl Growth Fund GOGIX | B | Dividend | O | T | Buy (add'l) | 01/17/20 | N | | |
| 13. | | | | | Sold (part) | 03/24/20 | L | | |
| 14. | | | | | Sold (part) | 03/25/20 | L | | |
| 15. - Schwab Value Advantage Money Fund SWVXX (Y) | | | | | | | | | |
| 16. - Edgewood Growth Fund EGFIX | E | Dividend | O | T | Buy (add'l) | 01/17/20 | O | | |
| 17. | | | | | Sold (part) | 03/25/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Touchstone Sands Emerging Markets Growth TSEGX | | None | O | T | Buy (add'l) | 01/17/20 | M | | |
| 19. | | | | | Sold (part) | 03/24/20 | L | | |
| 20. | | | | | Sold (part) | 03/25/20 | L | | |
| 21. - Aristotle Value Equity Fund ARSQX | D | Dividend | P1 | T | Buy (add'l) | 01/17/20 | O | | |
| 22. - Artisan Intl Value Fund ADV APDKX | | None | | | Buy (add'l) | 01/17/20 | N | | |
| 23. | | | | | Sold (part) | 03/24/20 | L | | |
| 24. | | | | | Sold (part) | 03/25/20 | L | | |
| 25. | | | | | Sold | 08/24/20 | O | | |
| 26. - Ishares Core S&P 500 Index ETF IVV (X) | D | Dividend | O | T | Buy (add'l) | 01/17/20 | O | | |
| 27. | | | | | Sold (part) | 03/24/20 | N | | |
| 28. | | | | | Sold (part) | 03/25/20 | N | | |
| 29. - GQG Partners Global Quality Eqty Inst GQRIX | B | Dividend | O | T | Buy | 08/24/20 | P1 | | |
| 30. - Grandeur Peak Intl GISYX | B | Dividend | O | T | Buy | 01/17/20 | O | | |
| 31. | | | | | Sold (part) | 03/24/20 | L | | |
| 32. | | | | | Sold (part) | 03/25/20 | L | | |
| 33. - PIMCO Short Term PTSHX (X) | E | Dividend | P1 | T | Buy (add'l) | 01/17/20 | M | | |
| 34. - River Canyon Total Return Bond Inst RCTIX | F | Dividend | O | T | Buy | 01/17/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/24/20 | K | | |
| 36. | | | | | Sold (part) | 03/25/20 | K | | |
| 37.   - Vanguard Short Term Bond Fund VFSUX | E | Dividend | P1 | T | Buy | 01/17/20 | P1 | | |
| 38.   - Schwab Value Advantage Money Fd SNAXX (X) | | None | | | Sold | 03/24/20 | P1 | | |
| 39.   - Schwab Government Money Fund SNVXX | A | Dividend | P1 | T | Buy | 03/24/20 | P1 | | |
| 40.   - Atara Biotherapeutic ATRA | | None | | | Buy | 06/08/20 | J | | |
| 41. | | | | | Sold | 06/09/20 | J | A | |
| 42. | | | | | Buy | 10/29/20 | J | | |
| 43. | | | | | Sold | 10/30/20 | J | | |
| 44. Investment Account 2 Pershing Brave Warrior Advisors (H) | | | | | | | | | |
| 45.   - Airbus Group SE common stock EADSF (Y) | | | | | | | | | |
| 46.   - Alliance Data Systems Corp. common stock ADS (Y) | | | | | | | | | |
| 47.   - Alphabet Inc. Cap. Stock Cl A common stock GOOGL (Y) | | | | | | | | | |
| 48.   - Antero Resources Corp. common stock AR (Y) | | | | | | | | | |
| 49.   - Brookfield Asset Mgmt Inc. Cl A common stock BAM (Y) | | | | | | | | | |
| 50.   - HCA Holdings Inc. common stock HCA (Y) | | | | | | | | | |
| 51.   - JP Morgan Chase & Co. common stock JPM (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Liberty Global PLC Cl A common stock LBTYA (Y) | | | | | | | | | |
| 53. - Liberty Global PLC Cl C common stock LBTYK (Y) | | | | | | | | | |
| 54. - Metro Bank PLC common stock MBNKF (Y) | | | | | | | | | |
| 55. - Primerica Inc. common stock PRI (Y) | | | | | | | | | |
| 56. - Charles Schwab Corp. common stock SCHW (Y) | | | | | | | | | |
| 57. - Nielsen Holdings PLC common stock NLSN (Y) | | | | | | | | | |
| 58. Investment Account 3 Pershing Chieftain Capital Management (H) | | | | | | | | | |
| 59. - CBS Corp Cl B common stock CBS (Y) | | | | | | | | | |
| 60. - CommScope Holding Co Inc common stock COMM (Y) | | | | | | | | | |
| 61. - Discovery Communications common stock DISCK (Y) | | | | | | | | | |
| 62. - Express Scripts Holding Co common stock ESRX (Y) | | | | | | | | | |
| 63. - GCI Liberty Inc common stock GLIBA (Y) | | | | | | | | | |
| 64. - Hanesbrand Inc common stock HBI (Y) | | | | | | | | | |
| 65. - HCA Holdings Inc common stock HCA (Y) | | | | | | | | | |
| 66. - Liberty Media Corp Delaware A Siriusxm common stock LSXMA (Y) | | | | | | | | | |
| 67. - Liberty Media Corp Delaware C Siriusxm common stock LSXMK (Y) | | | | | | | | | |
| 68. Investment Account 4 Schwab Charitable managed by KF Advisors (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Schwab Donor Advised - Janus Balanced Pool JABAX | | None | K | T | | | | | |
| 70. - Schwab Donor Advised - Manning & Napier Conservative Pool EXDAX | | None | K | T | | | | | |
| 71. Armistice LP | D | Dividend | O | U | | | | | |
| 72. DAG Ventures V-QP, L.P. | E | Dividend | N | U | | | | | |
| 73. Hawk Ridge Partners II LP | D | Dividend | P1 | U | | | | | |
| 74. LionHedge Platform Fund, L.P. (Y) | | | | | | | | | |
| 75. Sculptor (OZ) Domestic Partners II LP | E | Dividend | K | U | | | | | |
| 76. PIMCO BRAVO Fund III Onshore Feeder, L.P. | D | Dividend | N | U | | | | | |
| 77. Riverstone RCP Apex II, L.P. | D | Dividend | M | U | | | | | |
| 78. Riverstone Credit Partners, L.P. | G | Dividend | M | U | | | | | |
| 79. Solaris Ara Fund LP | E | Dividend | P1 | U | | | | | |
| 80. Solaris Constellation Fund LP (Y) | | | | | | | | | |
| 81. Summit Strategies COI Fund I, L.P. | G | Dividend | O | U | | | | | |
| 82. Dreyfus Treasury Prime Admin Pershing - Chieftain DTPAX (Y) | | | | | | | | | |
| 83. CGSH Partners Investments, LLC | | None | N | U | | | | | |
| 84. - CGSH Partners Investments LLC Series D (H) | | | | | | | | | |
| 85. -- Apollo VII (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -- Carlyle V (Y) | | | | | | | | | |
| 87. -- TPG VI (Y) | | | | | | | | | |
| 88. -- TPG Asia V (Y) | | | | | | | | | |
| 89. -- CGSH Partners Investors LLC Series D cash (Y) | | | | | | | | | |
| 90. - CGSH Partners Investments LLC Series E (H) | | | | | | | | | |
| 91. -- Apollo EPF II (Y) | | | | | | | | | |
| 92. -- Carlyle VI (Y) | | | | | | | | | |
| 93. -- Apollo VIII (Y) | | | | | | | | | |
| 94. -- Carlyle Asia IV (Y) | | | | | | | | | |
| 95. -- CGSH Partners Investments LLC Series E cash (Y) | | | | | | | | | |
| 96. Dreyfus Treasury & Agency Inst Pershing - Brave Warrior DTRXX (Y) | | | | | | | | | |
| 97. Retirement Account 2 Cash Balance Plan (H) | | | | | | | | | |
| 98. - Fidelity Government Cash Reserves FDRXX | None | | K | T | | | | | |
| 99. - Vanguard Bd Index Fund BND (Y) | | | | | | | | | |
| 100. - Schwab Strategic US Small Cap ETF SCHA (Y) | | | | | | | | | |
| 101. - Vanguard Star Fund ETF ShS VXUS (Y) | | | | | | | | | |
| 102. - Vanguard Whitehall FDS High Dividend ETF VYM (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - AQR Managed Futures Fund Class I AQMIX (Y) | | | | | | | | | |
| 104.  - Blackrock High Yield Bon Institutional BHYIX (Y) | | | | | | | | | |
| 105.  - CS Floating Rate High Income Institutional Shares CSHIX (Y) | | | | | | | | | |
| 106.  - Glenmede Secured Options Portfolio (Y) | | | | | | | | | |
| 107.  - Loomis Sayles Strategic Alpha LASYX (Y) | | | | | | | | | |
| 108.  - Primecap Odyssey Growth Fund POGRX (Y) | | | | | | | | | |
| 109.  - PIMCO Short Term Institutional PTSHX (Y) | | | | | | | | | |
| 110.  - AQR Long Short Equity Fund Class I QLEIX (Y) | | | | | | | | | |
| 111.  - TCW Emerging Markets Income Class I TGEIX (Y) | | | | | | | | | |
| 112.  - Vanguard Bd Index Fund Short Term Bond ETF BSV (Y) | | | | | | | | | |
| 113.  - PIMCO Total Return Instl PTTRX | None | | L | T | | | | | |
| 114.  - Vanguard Market Neutral Fund Inv SHS VMNFX (Y) | | | | | | | | | |
| 115.  - Vanguard International Value Port Inv Cl VTRIX | None | | J | T | | | | | |
| 116.  - Vanguard International Growth Admiral VWILX | None | | J | T | | | | | |
| 117.  - Vanguard Hi Yield Corporate Admiral VWEAX | None | | K | T | | | | | |
| 118.  - Fidelity Extended Market Index FSMAX (X) | None | | J | T | | | | | |
| 119.  - Fidelity 500 Index FXAIX (X) | None | | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Fidelity Growth Company FDGRX (X) | | None | K | T | | | | | |
| 121.  - Fidelity Total Intl Index FTIHX (X) | | None | J | T | | | | | |
| 122.  - DFA Global Real Estate DFGEX (X) | | None | J | T | | | | | |
| 123.  - JPMorgan Small Cap Growth JGSVX (X) | | None | J | T | | | | | |
| 124.  - Vanguard Equity Income Admiral VEIRX (X) | | None | K | T | | | | | |
| 125.  - Victory Sycamore Sm Co VSOIX (X) | | None | J | T | | | | | |
| 126.  - Fidelity U.S. Bond Index FXNAX (X) | | None | L | T | | | | | |
| 127.  - Fidelity Inflat-Prot Bd FIPDX (X) | | None | J | T | | | | | |
| 128.  - Fidelity Int'l Bond Index FBIIX (X) | | None | K | T | | | | | |
| 129.  - Fidelity Short Term Bond Index FNSOX (X) | | None | L | T | | | | | |
| 130.  JPMorgan Chase cash accounts | | None | O | T | | | | | |
| 131.  Pacific Life whole life insurance policy (Y) | | | | | | | | | |
| 132.  Investment Account 5 Charles Schwab managed by KF Advisors (H) | | | | | | | | | |
| 133.  - Ark Innovation ETF ARKK | B | Dividend | L | T | Sold (part) | 12/28/20 | K | D | |
| 134.  - Blackrock Strategy Income BSIIX | B | Dividend | L | T | | | | | |
| 135.  - PIMCO Flexible Credit PFLEX | C | Dividend | L | T | | | | | |
| 136.  - Aberdeen Emerging Fund ABEMX (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Artisan International Value Fund APDKX | A | Dividend | L | T | | | | | |
| 138. - Edgewood Growth Institutional EGFIX | C | Dividend | L | T | | | | | |
| 139. - J Hancock Disciplined Value Cl 1 JVLIX | A | Dividend | L | T | | | | | |
| 140. - Oppenheimer International Growth OIGIX (Y) | | | | | | | | | |
| 141. - Touchstone Sands Capital TSEGX | | None | L | T | | | | | |
| 142. - Vanguard 500 Index Fund VFIAX | B | Dividend | L | T | | | | | |
| 143. - Vulcan Value Partners VVPSX | A | Dividend | L | T | Buy (add'l) | 12/30/20 | K | | |
| 144. - Nielsen Holdings PLC common stock NSLN (Y) | | | | | | | | | |
| 145. - J Hancock Intl Growth Fund GOGIX (X) | A | Dividend | L | T | | | | | |
| 146. - Vanguard Short Term Bond Fund VFSUX (X) | B | Dividend | L | T | | | | | |
| 147. - Charles Schwab cash account | | None | J | T | | | | | |
| 148. Investment Account 6 Charles Schwab managed by KF Advisors (H) | | | | | | | | | |
| 149. - Ark Innovation ETF ARKK | B | Dividend | L | T | Sold (part) | 12/28/20 | K | D | |
| 150. - Blackrock Strat Incm BSIIX | B | Dividend | L | T | | | | | |
| 151. - PIMCO Flexible Credit PFLEX | C | Dividend | L | T | | | | | |
| 152. - Aberdeen Emerging ABEMX (Y) | | | | | | | | | |
| 153. - Artisan Intl Value Fund APDKX | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Edgewood Growth Instl EGFIX | C | Dividend | L | T | | | | | |
| 155.  - J Hancock Disciplined JVLIX | A | Dividend | K | T | | | | | |
| 156.  - Oppenheimer Intl Growth OIGIX (Y) | | | | | | | | | |
| 157.  - Touchstone Sands Capital TSEGX | | None | L | T | | | | | |
| 158.  - Vanguard 500 Index Fd VFIAX | B | Dividend | L | T | | | | | |
| 159.  - Vulcan Value Partners VVPSX | A | Dividend | L | T | Buy<br>(add'l) | 12/30/20 | K | | |
| 160.  - J Hancock Intl Growth Fund GOGIX | A | Dividend | L | T | | | | | |
| 161.  - Vanguard Short Term Bond Fund VFSUX<br>(X) | B | Dividend | L | T | | | | | |
| 162.  - Charles Schwab cash account | | None | J | T | | | | | |
| 163.  Investment Account 7 Neuberger Berman<br>(H) | | | | | | | | | |
| 164.  - Dreyfus Treasury Sec Cash Mgmt Admin<br>DARXX | A | Dividend | L | T | | | | | |
| 165.  - Air Products & Chem APD | A | Dividend | K | T | Sold<br>(part) | 03/06/20 | J | C | |
| 166.  - Alphabet Inc Cap Stk Cl A GOOGL | | None | K | T | | | | | |
| 167.  - Amazon.com Inc AMZN | | None | L | T | | | | | |
| 168.  - Analog Devices Inc Com ADI (Y) | | | | | | | | | |
| 169.  - Ansys Inc ANSS | | None | K | T | Sold<br>(part) | 11/11/20 | J | B | |
| 170.  - Apple Inc AAPL | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - At Home Group Inc. Com. HOME (Y) | | | | | | | | | |
| 172. - BHP Billiton PLC Spons ADR Each Rep 2 BBL (Y) | | | | | | | | | |
| 173. - Borgwarner Inc BWA (Y) | | | | | | | | | |
| 174. - Bristol Mhyers Squibb BMY | A | Dividend | | | Sold | 09/21/20 | K | A | |
| 175. - Cabot Oil & Gas CP COM COG (Y) | | | | | | | | | |
| 176. - Celgene Corp CELG (Y) | | | | | | | | | |
| 177. - Coca Cola Co KO | A | Dividend | K | T | | | | | |
| 178. - Comcast Corp New Cl A CMCSA | A | Dividend | K | T | | | | | |
| 179. - Deere & Company DE (Y) | | | | | | | | | |
| 180. - Eaton Corp OLC Com ETN | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 181. - EOG Resources EOG | A | Dividend | | | Sold | 03/05/20 | J | | |
| 182. - Facebook Inc Com USD0.000006 Cl A FB | | None | K | T | Sold (part) | 02/13/20 | J | C | |
| 183. - Goldman Sachs Group Inc GS | | None | | | Sold | 01/27/20 | K | B | |
| 184. - Home Depot Inc Com HD | | None | K | T | | | | | |
| 185. - IHS Markit Ltd Com INFO | A | Dividend | K | T | Sold (part) | 03/06/20 | J | B | |
| 186. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 187. - Johnson & Johnson JNJ | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - JPMorgan Chase & Co JPM | A | Dividend | | | Sold | 01/27/20 | K | E | |
| 189.  - Lions Gate Entertainment Corp CL B Non LGFB (Y) | | | | | | | | | |
| 190.  - Lions Gate Entertainment Corp. Voting Cl A LGFA | | None | | | Sold | 02/28/20 | J | | |
| 191.  - Microsoft Corp MSFT | A | Dividend | L | T | | | | | |
| 192.  - Motorola Solutions Inc. Com. New MSI | A | Dividend | | | Sold (part) | 05/11/20 | J | B | |
| 193. | | | | | Sold | 05/12/20 | J | B | |
| 194.  - Mueller Inds Inc MLI | A | Dividend | | | Buy (add'l) | 02/10/20 | K | | |
| 195. | | | | | Sold (part) | 03/12/20 | J | | |
| 196. | | | | | Sold (part) | 03/13/20 | J | | |
| 197. | | | | | Sold (part) | 03/17/20 | J | | |
| 198. | | | | | Sold (part) | 03/26/20 | J | | |
| 199. | | | | | Sold (part) | 03/27/20 | J | | |
| 200. | | | | | Sold (part) | 03/30/20 | J | | |
| 201. | | | | | Sold | 03/31/20 | J | | |
| 202.  - Pfizer Inc PFE | A | Dividend | J | T | | | | | |
| 203.  - Regeneron Pharmaceuticals REGN | | None | K | T | Buy (add'l) | 02/12/20 | J | | |
| 204.  - Union Pacific Corp. UNP | A | Dividend | K | T | Buy (add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  - Universal Display Corp OLED | A | Dividend | J | T | | | | | |
| 206.  - Visa Inc Com Cl A V | A | Dividend | K | T | | | | | |
| 207.  - Zoetis Inc Com UDS0.01 Cl A ZTS | A | Dividend | K | T | | | | | |
| 208.  - Adaptive Biotechnologies Corp ADPT | | None | K | T | Buy | 05/11/20 | J | | |
| 209. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |
| 210.  - Blackrock Inc BLK (X) | | None | | | Sold | 01/27/20 | J | B | |
| 211.  - Blackstone Group BX (X) | | None | | | Sold | 01/27/20 | K | C | |
| 212.  - Booz Allen Hamilton BAH | | None | | | Buy | 09/09/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 214. | | | | | Sold | 10/29/20 | K | A | |
| 215.  - Cintas Corp STAS | | None | K | T | Buy | 11/20/20 | K | | |
| 216.  - COSTCO Wholesale COST (X) | A | Dividend | K | T | | | | | |
| 217.  - Draftkings DKNG | | None | K | T | Buy | 08/31/20 | K | | |
| 218.  - Nike Inc NKE (X) | A | Dividend | K | T | | | | | |
| 219.  - Peloton Interactive PTON | | None | | | Buy | 08/17/20 | K | | |
| 220. | | | | | Sold | 10/22/20 | K | E | |
| 221.  - Qualcomm QCOM | A | Dividend | K | T | Buy | 10/05/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - T-Mobile TMUS (X) | | None | K | T | Buy (add'l) | 02/06/20 | J | | |
| 223. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 224. - Tesla TSLA | | None | J | T | Buy | 11/27/20 | J | | |
| 225. - Vertex Pharmaceuticals VRTX | | None | J | T | Buy | 04/13/20 | J | | |
| 226. - YETI Hldgs YETI | | None | K | T | Buy | 06/04/20 | K | | |
| 227. Investment Account 8 UBS (H) | | | | | | | | | |
| 228. - Salient MLP & Energy Infrastructure Fund Class C SMFPX (Y) | | | | | | | | | |
| 229. Investments Account 9 UBS (H) | | | | | | | | | |
| 230. - Salient MLP & Energy Infrastructure Fund Class C SMFPX (Y) | | | | | | | | | |
| 231. Retirement Account 3 TIAA (H) | | | | | | | | | |
| 232. - Annuity Contracts (Y) | | | | | | | | | |
| 233. - TIAA Traditional | | None | L | T | | | | | |
| 234. - CREF Stock R2 | | None | M | T | | | | | |
| 235. - TIAA Real Estate | | None | K | T | | | | | |
| 236. - CREF Inf-Linked Bond R2 | | None | J | T | | | | | |
| 237. Retirement Account 4 Charles Schwab IRA (H) | | | | | | | | | |
| 238. - Alphabet Inc GOOGL | | None | J | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Bank of America Corp. common stock BAC | A | Dividend | J | | | | | | |
| 240. - Ishares MSCI ACWI ETC ACWI | A | Dividend | J | | | | | | |
| 241. - Ishares S&P 500 Growth ETF IVW | A | Dividend | | | Sold | 08/14/20 | K | E | |
| 242. - Schwab Emerging Markets Equity ETF SCHE (Y) | | | | | | | | | |
| 243. - SPDR Dow Jones Industrial Avrg ETF DIA | A | Dividend | K | | | | | | |
| 244. - Wisdomtree International Egy ETF DWM (Y) | | | | | | | | | |
| 245. - Invesco Equity and Income Fund ACEKX (Y) | | | | | | | | | |
| 246. - Charles Schwab cash account (X) | A | Interest | K | | | | | | |
| 247. Investment Account 10 Morgan Stanley (H) | | | | | | | | | |
| 248. - Legg Mason SCH Bal 50/50 0 SCBYX | | None | N | T | Sold (part) | 12/24/20 | K | D | |
| 249. Investment Account 11 Morgan Stanley (H) | | | | | | | | | |
| 250. - Legg Mason SCH Bal 50/50 0 SCBYX | | None | M | T | Sold (part) | 02/06/20 | K | E | |
| 251. | | | | | Sold (part) | 09/04/20 | K | E | |
| 252. Retirement Account 5 John Hancock managed by Wilmer Hale (H) | | | | | | | | | |
| 253. - Target Retirement 2025 Fund (X) | | None | | | Sold | 12/31/20 | M | | |
| 254. - Vanguard Target Ret 2025 Inst | C | Dividend | M | T | Buy | 12/31/20 | M | | |
| 255. Retirement Account 6 Richemont North America (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Liman, Lewis J. | 05/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. - Prudential Principal Preservation Fund | | None | K | T | | | | | |
| 257. Investment Account 12 Charles Schwab managed by KF Advisors (H) | | | | | | | | | |
| 258. - PIMCO Inflation Response Multi Asset Fund PIRMX | C | Dividend | N | T | Sold (part) | 03/24/20 | K | | |
| 259. | | | | | Sold (part) | 03/25/20 | K | | |
| 260. - Schwab Value Advantage Money Fund SWVXX | | None | | | Sold | 03/24/20 | N | | |
| 261. - Schwab Government Money Fund SNVXX | A | Dividend | N | T | Buy | 03/24/20 | N | | |
| 262. | | | | | Sold (part) | 06/10/20 | J | | |
| 263. - Charles Schwab cash account | | None | K | T | | | | | |
| 264. Fortress TSX Broadway | | None | M | U | | | | | |
| 265. Davidson Kempner Distressed Opportunities, LP | D | Dividend | P1 | U | | | | | |
| 266. Hudson Bay Fund LP | A | Dividend | O | U | | | | | |
| 267. Oak Hill Capital Partners V (Onshore Feeder), L.P. (X) | D | Dividend | K | U | | | | | |
| 268. TCW Talf Opportunities Fund LP | | None | | | Buy | 05/28/20 | K | | |
| 269. | | | | | Sold | 12/31/20 | K | | |
| 270. Rental Property, Rye, NY (X) | E | Rent | P1 | W | | | | | |
| 271. Retirement Account 7 Merrill (Bank of America Co) (H) | | | | | | | | | |
| 272. - Merrill cash account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Liman, Lewis J.** | 05/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investment Account 1 Charles Schwab managed by KF Advisors: Line 5 and 15 Investment sold in 2019 after Nomination Filing

Investment Account 1 Charles Schwab managed by KF Advisors: Line 26 Investment purchased in 2018; Inadvertently excluded from Nomination Filing

Investment Account 1 Charles Schwab managed by KF Advisors: Line 33 and 38 Purchased in 2019 after Nomination Filing

Investment Account 2 Pershing Brave Warrior Advisors: Line 45-57 Investments sold in 2019 after Nomination Filing

Investment Account 3 Pershing Chieftain Capital Management: Line 59-67 Investments sold in 2019 after Nomination Filing

LionHedge Platform Fund: Line 74 Investment sold in 2019 after Nomination Filing

Solaris Constellation Fund LP: Line 80 Investment sold in 2018; Inadvertently reported on Nomination Filing

Dreyfus Treasury Prime Admin Pershing - Chieftain DTPAX: Line 82 Investment sold in 2019 after Nomination Filing

CGSH Partners Investments, LLC: Line 84-95 Filer does not own these underlying assets nor has control of the selection of assets; therefore, no reporting requirement

Dreyfus Treasury & Agency Inst Pershing - Brave Warrior DTRXX: Line 96 Investment sold in 2019 after Nomination Filing

Retirement Account 2 Cash Balance Plan: Line 98-129 Retirement plan did not provide income information nor purchase/sales information

Pacific Life whole life insurance policy: Line 131 Policy has no cash value; therefore, no reporting requirement

Investment Account 5 Charles Schwab managed by KF Advisors: Line 136, 140 and 144 Investment sold in 2019 after Nomination Filing

Investment Account 5 Charles Schwab managed by KF Advisors: Line 145 and 146 Investment purchased in 2019 after Nomination Filing

Investment Account 6 Charles Schwab managed by KF Advisors: Line 152 and 156 Investment sold in 2019 after Nomination Filing

Investment Account 6 Charles Schwab managed by KF Advisors: Line 161 Investment purchased in 2019 after Nomination Filing

Investment Account 7 Neuberger Berman: Line 168, 171-173, 175-176, 179 and 189 Investment sold in 2019 after Nomination Filing

Investment Account 7 Neuberger Berman: Line 210-211, 216, 2018 and 222 Investment purchased in 2019 after Nomination Filing

Investment Account 8 UBS: Line 228 Investment sold in 2019 after Nomination Filing

Investment Account 9 UBS: Line 230 Investment sold in 2019 after Nomination Filing

Retirement Account 3 TIAA: Line 232 Duplicate entry of Line 233-236

Reitrement Account 4 Charles Schwab IRA: Line 242 and 244-245 Investment sold in 2019 after Nomination Filing

Retirement Account 4 Charles Schwab IRA: Line 246 Investment purchased prior to 2019; Inadvertently excluded from Nomination Filing

Retirement Account 5 John Hancock managed by Wilmer Hale: Line 253 Investment purchased prior to 2019; Inadvertently excluded from Nomination Filing

Oak Hill Capital Partners V (Onshore Feeder), L.P.: Line 267 Investment purchased in 2019; Inadvertently excluded from Nomination Filing

Rental Property, Rye, NY: Line 270 Investment purchased prior to 2019; Inadvertently excluded from Nomination Filing

Retirement Account 7 Merrill (Bank of America Co): Line 272 Investment purchased prior to 2019; Inadvertently excluded from Nomination Filing

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Lewis J. Liman

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544